IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MYRA LERMA § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | |
| WAL-MART INC. AND/OR WAL-MART § | |
| CLAIMS SERVICES, INC. § | |
| Defendants. § | JURY DEMANDED |

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1332 and 1441(DIVERSITY)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WALMART INC., Defendant in the above entitled and numbered cause, and file this Notice of Removal of the present cause from the 398th Judicial District Court, Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, showing the Court in support as follows:

1. This cause was commenced in the 398th Judicial District Court, Hidalgo County, Texas, on July 6, 2023, when Plaintiff's Original Petition was filed in Cause No. C-2652-23-I, wherein Plaintiff named WAL-MART INC. AND/OR WAL-MART CLAIMS SERVICES, INC. as Defendant. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes.

2. WAL-MART INC. AND/OR WAL-MART CLAIMS SERVICES, INC. was served with a copy of Plaintiff's Original Petition on August 3, 2023. A copy of the Citation indicating date of service is attached hereto and incorporated herein for all purposes.

3. Plaintiff asserts premises liability and negligence claims against WAL-MART

INC. AND/OR WAL-MART CLAIMS SERVICES, INC. allegedly arising from a slip-and-fall incident which is claimed to have occurred on August 10, 2021, while Plaintiff was a patron at a Walmart Store located at 4101 S. McColl Road in Edinburg, Hidalgo County, Texas. Pl.'s Orig. Pet. at §4.0.

4. WAL-MART INC. AND/OR WAL-MART CLAIMS SERVICES, INC. filed a responsive pleading in State Court on August 11, 2023, a copy of which is attached hereto and incorporated herein for all purposes.

5. Plaintiff is an individual residing in Hidalgo County in the State of Texas. Pl.'s Orig. Pet. at § 2.0. Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. WAL-MART INC. AND/OR WAL-MART CLAIMS SERVICES, INC. is not a citizen of the State of Texas. Walmart Inc. is a citizen of the States of Delaware and Arkansas. Walmart Claims Services, Inc. is a citizen of the State of Arkansas.

7. Walmart Inc. is not a citizen of the State of Texas. Walmart Inc. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Corporation with its principal office and residence in Bentonville, Arkansas.

8. Walmart Claims Services, Inc. is not a citizen of the State of Texas. Walmart Claims Services, Inc. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, an Arkansas Corporation with its principal office and residence in Bentonville, Arkansas.

9. Complete diversity of citizenship exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

10. Plaintiff claims in Plaintiff's Original Petition that Plaintiff is seeking "monetary

relief in an amount exceeding $1,000,000." Pl.'s Orig. Pet. at § 1.0.  Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

11. This lawsuit is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

12. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on WAL-MART INC. AND/OR WAL-MART CLAIMS SERVICES, INC. and within one year of the initial filing of the lawsuit.

13. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendants to Plaintiff has been provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

14. WAL-MART INC. AND/OR WAL-MART CLAIMS SERVICES, INC. hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, WAL-MART INC. AND/OR WAL-MART CLAIMS SERVICES, INC. prays for removal of the above entitled and numbered cause from the 398th Judicial District Court, Hidalgo County, Texas to this Honorable Court.

> Respectfully submitted,
>
> COLVIN, SAENZ, RODRIGUEZ & KENNAMER LLP
>
> By  */s/Jaime A. Saenz*
> Jaime A. Saenz, Attorney-in-Charge
> Texas Bar No. 17514859
> Southern District Admissions No. 7630
> Email: ja.saenz@rcclaw.com

Elizabeth Ferguson Herrera
Texas Bar No. 24087716
Southern District Admissions No. 2877535
Email: e.herrera@rcclaw.com
1201 East Van Buren Street
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 Fax

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all counsel of record using the CM/ECF system on this the 1st day of September 2023. Notice of this filing will be sent electronically to all known counsel of record.

/s/Jaime A. Saenz
JAIME A. SAENZ